In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Conserve the Assets for the Benefit of the Creditors of the FIRST RUSSIAN INSURANCE COMPANY ESTAB-LISHED IN 1827, and the Interests of Its Policyholders, Creditors, Stockholders and the Public.

FIRST RUSSIAN INSURANCE COMPANY Established in 1827 and Others, Appellants, Respondents; THE PEOPLE OF THE STATE OF NEW YORK and Others, Respondents, Appellants.

First Department, March 30, 1928.

See headnote in *Matter of Russian Reinsurance Co. of Petrograd (ante,* p. 378).

CROSS-APPEALS from an order of the Supreme Court, entered in the office of the clerk of the county of New York on the 6th day of December, 1927.

*Joseph C. H. Flynn, Deputy Attorney-General,* of counsel [*Albert Ottinger, Attorney-General*], for the Superintendent of Insurance and the People of the State of New York.

*Clarence C. Fowler* of counsel [*Alfred C. Bennett, Francis P. Ward, John M. Downes* and *Grace G. Dorn* with him on the brief], for

the Superintendent of Insurance of the State of New York, as liquidator and trustee.

*Frederick B. Campbell* of counsel [*Paul C. Whipp* with him on the brief], for the First Russian Insurance Company.

*Walter H. Pollak* of counsel [*Ruth I. Wilson* with him on the brief; *Engelhard, Pollak, Pitcher & Stern,* attorneys], for G. Frank Dougherty, assignee of foreign claims.

*Borris M. Komar,* for James A. Tillman.

PER CURIAM. For the reasons stated in the opinion of MARTIN, J., in *Matter of Russian Reinsurance Co. of Petrograd* (223 App. Div. 378), and three other cases, herewith handed down, the order appealed from should be modified as therein indicated. In addition, the provisions for a receivership should be eliminated. All disputed questions as to the amount and standing of claims, allowances and the like, are to be heard before the referee. In other respects, the matter should be remitted to Special Term, to be disposed of in connection with the adoption of an adequate plan for a just and final disposition.

Present — FINCH, McAVOY, MARTIN and O'MALLEY, JJ.

Order modified as indicated in opinion. Settle order on notice.